UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Date of Arrest: July 15, 2021

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>Robert MORALES<br>Defendant<br><br>YOB: 1959<br>United States Citizen | Magistrate's Case No. 21-1317 MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C. Sections<br>1324(a)(1)(A)(v)(I), (a)(1)(A)(ii),<br>and (a)(1)(B)(i)<br><br>Conspiracy to Transport Illegal<br>Aliens for Private Financial Gain |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

Beginning on an unknown date and continuing through on or about July 15, 2021, near Yuma, Arizona, within the District of Arizona, Defendant Robert MORALES, did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown, to transport and move within the United States, aliens who had come to, entered, and remained in the United States in violation of law for private financial gain, in violation of 8, United States Code, Sections 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii), and (a)(1)(B)(i).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Authorized by: AUSA Ryan McCarthy /s/

_____
Jarrett Venters
Border Patrol Agent
Customs and Border Protection

Sworn to before me and subscribed telephonically, July 16, 2021 at Yuma, Arizona.

James F. Metcalf
United States Magistrate Judge

UNITED STATES of AMERICA

vs.

Robert MORALES

**STATEMENT OF FACTS**

At approximately 9:10 am on Thursday, July 15, 2021, United States Border Patrol Agent (BPA) Michael Buchanan, was performing his assigned duties for the Yuma Border Patrol Sector, assigned to the Wellton Border Patrol Station. BPA Buchanan was traveling south on Highway 95 when he noticed a black Pontiac Torrent. While behind the black Pontiac Torrent BPA Buchanan noticed that the driver instantly hit his breaks. At that time BPA Buchanan could see three silhouettes of subjects inside the vehicle. The vehicle made an abrupt turn into the Dandy Home and Ranch parking lot located at 2500 E 16th St.

BPA Buchanan decided to follow the Pontiac Torrent into the Dandy Home and Ranch parking lot. The driver of the Pontiac Torrent parked the vehicle, got out and quickly started to walk away from the vehicle. BPA Buchanan states that in his training and experience, he has had several encounters where a driver of a vehicle involved in illicit activity tries to quickly distance themselves from the contraband inside of the vehicle they were driving. BPA Buchanan approached the driver to have a consensual encounter with him.

At approximately 9:15 am, BPA Buchanan encountered the driver of the black Pontiac Torrent later identified as Robert MORALES. BPA Buchanan identified himself as a United States Border Patrol Agent. BPA Buchanan asked MORALES why he was in such a rush. MORALES mumbled something that BPA Buchanan could not understand while putting his arms up in the air. BPA Buchanan asked MORALES if there was anyone in the vehicle with him. MORALES hesitated and then stated that there was. BPA Buchanan approached the vehicle and noticed two females that would not make eye contact with him and a male subject laying in the back of vehicle.

BPA Buchanan spoke with all three subjects inside of the vehicle and asked them if they had any documentation that would allow them to reside, work, or travel in the United States. BPA Buchanan asked all three subjects if they were illegally present in the United States. All three subjects replied "yes". At that time, BPA Buchanan placed all three subjects under arrest for illegally entering the United States.

MORALES and the other three subjects were transported to the Wellton Border Patrol Station for further processing. At the station, MORALES waived his Miranda rights and admitted he had agreed to transport the aliens. MORALES stated that he understood that the individuals he was transporting were aliens. MORALES stated he was doing this for profit to support his drug addiction. MORALES admitted he was working with another smuggler who told him to drive towards Ocotillo, California to pick up three aliens and drive them to Los Angeles, California. MORALES stated this was his second attempt at smuggling aliens for this coordinator located in Tijuana, Mexico. MORALES admitted he was going to be paid $1,000 for transporting the three aliens to Los Angeles, California. MORALES admitted to travelling an extended route to Los Angeles, California to avoid US Border Patrol Immigration Checkpoints.

_____
Jarrett Venters
Border Patrol Agent
U.S. Customs and Border Protection

Sworn to before me and subscribed telephonically, July 16, 2021, at Yuma, Arizona.

_____
James F. Metcalf
United States Magistrate Judge